AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Shaun Wright
_____
Plaintiff

V.

Jim Liquori, Liquori morris Yicesst,
_____
Defendant(s)
Wachovia Bank N.A.

08-099

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

FILED
FEB 14 2008
US DISTRICT COURT
DISTRICT OF DELAWARE

I, Shawn Wright _____ declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration FCI-Fairton, P.O. Box 420, Fairton NJ 08320

    Inmate Identification Number (Required): 40987-050

    Are you employed at the institution? Yes   Do you receive any payment from the institution? Yes   $23.00/month

    *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes   ☒ No
    b. Rent payments, interest or dividends              ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
    d. Disability or workers compensation payments       ☐ Yes   ☒ No
    e. Gifts or inheritances                             ☐ Yes   ☒ No
    f. Any other sources                                 ☐ Yes   ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ☐ Yes    ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

I declare under penalty of perjury that the above information is true and correct.

2/6/2008
DATE                                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



| | |
|---|---|
| Inmate Reg #: | 40987050 |
| Inmate Name: | WRIGHT, SHAWN |
| Report Date: | 01/14/2008 |
| Report Time: | 3:03:55 PM |
| Current Institution: | Fairton FCI |
| Housing Unit: | FAI-B-R |
| Living Quarters: | B04-431L |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0649 |
| PAC #: | 829543531 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 1/25/2006 |
| Local Account Activation Date: | 1/26/2006 8:57:43 AM |
| Sort Codes: | |
| Last Account Update: | 1/14/2008 11:48:02 AM |
| Account Status: | Active |
| Phone Balance: | $3.69 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $117.73 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $44.19 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $73.54 |
| National 6 Months Deposits: | $1,943.24 |
| National 6 Months Withdrawals: | $1,871.00 |
| National 6 Months Avg Daily Balance: | $118.02 |
| Local Max. Balance - Prev. 30 Days: | $222.48 |
| Average Balance - Prev. 30 Days: | $113.37 |

## Commissary History

### Purchases

Validation Period Purchases: $93.50
YTD Purchases: $687.30
Last Sales Date: 1/9/2008 5:16:03 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $93.10
Remaining Spending Limit: $196.90

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
| --- | --- | --- | --- | --- |

## Comments

Comments: