IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Shawn Wright
            Plantiff

                                    ~ 0 8 ⁻ 0 9 9 ⁻

        V                               Civil Action No.

Jim Liquori; Liquori,
Morris and Yiengst;
Wachovia Bank National
Association.
            Defendant



FILED

FEB 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Preliminary Statement**

        This is a civil action complaint for damages filed by

plaintiff Shawn Wright against attorney Jim Liquori and the law firm

of Liquori, Morris and Yiengst for negligence. And Wachovia Bank

National Association for disclosure of incorrect and incomplete

financial records. Both claims are in reference to civil action

04-854 GMS.


        1.   This court has jurisdiction of plaintiff's claims by

virtue of 28 U.S.C.S 1332.


        2.   Plaintiff Shawn Wright 40987-050, FCI Fairton, P.O. Box

420, Fairton NJ 08320


        3.   Defendant Jim Liquori, 46 The Green, Dover DE 19901


        4.   Defendant Liquori, Morris and Yiengst, 46 The Green,

Dover DE 19901


        5.   Defendant Wachovia Bank National Association, Summons

and subpoenas, P.O. Box 8667 PA 4292, Philadelphia PA 19101

1

**STATEMENT OF THE CLAIM:**

1.   July 29, 2004, defendant Jim Liquori received verified complaint in rem, the warrant of arrest in rem, a summons, and set of interrogatories from the United States Attorney for the seizure of assets from plantiff Shawn Wright.

2.   Defendant Jim Liquori failed to submit a "verified statement of interest" on behalf of plantiff Shawn Wright.

3.   Defendant Jim Liquori answered the summons and complaint two months past it's due date, and out of time.

4.   Defendant Jim Liquori, and Liquori, Morris and Yiengst failed to investigate the circumstances surrounding the seizure and forfeiture of assets belonging to plaintiff Shawn Wright.

5.   Defendants actions allowed a Default Judgement to be entered against plaintiff Shawn Wright on June 13, 2005.

6.   June 6, 2006, default judgement was upheld in 3rd Circuit Court of Appeals.


Relief:

1.   Defendant(s) actions caused plaintiff substantial monetary damages including the loss of Mutual Funds purchased for over $78,000.00 (dollars).

2.   Plaintiff Shawn Wright seeks relief for damages in the amount of $750,000.00 (dollars).

**STATEMENT OF THE CLAIM:**

1. November 13, 2003, the DEA served defendant Wachovia Bank NA, summons and subpeona department a summons/subpeona for access to bank accounts held by plantiff Shawn Wright.

2. Defendant never informed or notified plantiff of the summons/subpeona in reference to bank accounts held with Wachovia Bank NA.

3. January 30, 2007, plantiff Shawn Wright received documentation from defendant Wachovia Bank NA in reference to bank account seized and forfeited.

4. These bank records informed plantiff that his bank accounts with Wachovia Bank were seized and forfeited because of a computer error on the part of defendant Wachovia Bank NA.

5. These bank records failed to show transactions and documentation by plaintiff Shawn Wright before July 2003.

6. These bank records failed to show that plaintiff Shawn Wright had been a customer with Wachovia Bank NA since 1991 when they were named First Union Bank.

**RELIEF:**

1. It's clear the actions and mistakes by defendant Wachovia Bank NA has caused damages to plaintiff that are irrepairable.

2. Including the loss of checking account and Mutual Funds valued and purchased for over $78,000.00 (dollars).

3. Plantiff seeks relief in the amount of $750,000.00 (dollars).

3

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/6/2008

(Signature of Plaintiff)

Shawn Wright, Pro Se'
40987-050
FCI-Fairton
P. O. Box 420
Fairton NJ 08320

Sworn to and subscribed before me
this 6 day of Feb 2008

THOMAS R. LESOSKY
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2318068
MY COMMISSION EXPIRES AUG. 9, 2009

4

Shawn Loriseur
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320



7007 1490 0004 0414 7965

CERTIFIED MAIL

7007 1490 0004 0414 7965

OFFICE of the Clerk
United States District Court
844 N. King Street
    Lockbox 18
 Wilmington DE 19801-3570

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

08-099

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Shawn WRIGHT, Prose

## DEFENDANTS
Jim Liquori, Liquori, morris and Viengst, Wachovia Bank N.A.

**(b)** County of Residence of First Listed Plaintiff  Cumberland  NJ
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED

FEB 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability     Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine     **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle     Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**     **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment     Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/     **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment  ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities -  ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332
Brief description of cause:
Attorney negligence / Banks and Banking

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 750,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)    JUDGE                    DOCKET NUMBER

DATE
2/6/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____