IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SHAWN WRIGHT,                          )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civil Action No. 08-99-GMS
                                       )
JIM LIGUORI,                           )
LIGUORI MORRIS AND YIENGST,            )
WACHOVIA BANK NATIONAL ASSOC.,         )
                                       )
        Defendants.                    )

**AUTHORIZATION**

FILED

MAR - 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

    I, Shawn Wright, SBI #40987-050, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $64.77 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated February 25 , 2008.

    This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: March 4 _____ , 2008.

                                    _____
                                    Signature of Plaintiff