UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN WRIGHT<br>    plaintiff<br><br>V.<br><br>JIM LIQUORI,<br>LIQUORI MORRIS and YIENGST,<br>WACHOVIA BANK NATIONAL ASSOC.,<br>    defendants | Civil Action No. 08-99-GMS |

    I am in receipt of your ORDER granting me permission to proceed in forma pauperis.

    However, the order states that i have filed a action pursuant to 42 USCS 1983. My civil action complaint 08-99-GMS is NOT a prisoners 42 USCS 1983 against a person acting under color of state law.

    Though my residence is New Jersey by way of incarceration, I file my complaint as a citizen of Delaware. My claims are against Jim Liquori and the law firm of Liquori, Morris and Yiengst who are citizen of Delaware. And Wachovia Bank NA who's principle place of business is Philadelphia Pennsylvania.



SHAWN WRIGHT

DATE: March 4 2008

Shawn Wright  
44187-050  
FCI-Fairton  
PO Box 420  
Fairton NJ 08320

7004 0750 0003 3492 5591

CERTIFIED MAIL

Office of the Clerk  
United States District Court  
844 N. King St., Lockbox 18  
Wilmington DE 19801-3570