CA08-996AS

March 12 2008


Dear Sir||Madam

    Enclosed is an Original and four Copies of an **AMENDMENT** to my civil action Complaint against defendants Jim Liquori, Liquori Morris and Yiengst, And Wachovia Bank NA.

    This is an added claim against attorney Jim Liquori.


    Could you enlighten me on the status of my complaint?

SHAWN WRIGHT

FILED

MAR 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE