UNITED STATES DISTRICT COURT
DISTRICT Of DELAWARE

SHAWN WRIGHT
     plaintiff
)
)
    V.
)
)
JIM LIQUORI,
) Civil Action No. 08-99-GMS
LIQUORI MORRIS and YIENGST
)
WACHOVIA BANK NATIONAL ASSOC.
)
     defendant
)
)
)

**AMENDMENT TO COMPLAINT**

This is an Amendment to the original complaint filed by plaintiff
Shawn Wright against defendants Jim Liquori and law firm of Liquori
Morris and Yiengst. And Wachovia Bank National Association.

This amendment is an added claim against defendants Jim Liquori
and the law firm of Liquori Morris and Yiengst.

## CLAIM:

1.) ⌐ On November 3 2003 the DEA entered my home at 123 Highland
ave apt C, New Castle Delaware. The DEA seized $18,240 in US currency.

2.) The Drug Enforcement Agency sent me a seizure and forfeiture
notice dated December 30 2003.

3.) After receiving the seizure and forfeiture notice, my family
attorney M W Pinsky recommended an associate of his to handle the
case in U.S. District Court, Wilmington Delaware.



FILED

MAR 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

4.)    My family attorney M W Pinsky faxed attorney Jim Liquori and
the law firm of Liquori Morris and Yiengst the details of the
$18,240 seized from plaintiff Shawn Wright.

5.)    Shortly after, i met with attorney Jim Liqrori at the law firm
of Liquori Morris and Yiengst at their office in Dover Delaware.

6.)    At this time defendant Jim Liquori agreed to represent me
in my seizure and forfeiture of $18,240.

7.)    A month later i received notice that my Bank accounts held with
Wachovia Bank National Association were seized.

8.)    Attorney Jim liquori and the law firm of Liquori Morris and
Yiengst agreed to represent me in that case as well.

9.)    June 13 2005 plaintiff Shawn Wright's case was held in DEFAULT.
Defendant Jim Liquori failed to submit a verified statement of
interest on behalf of plaintiff, and submitted an answer to the
Government's complaint two months out of time.

10.)    Shortly after, plaintiff became aware that defendant Jim
Liquori NEVER submitted plaintiff's initial claim to the $18,240
of which defendant was initially hired to represent.

I declare under the penalty of perjury that the foregoing
statements made by me are true and correct.


Dated: 3/12/2008

SHAWN WRIGHT
40987-050
FCI-Fairton
P. O. Box 420
FAIRTON NJ 08320

Sheen Loriout
4087-050
FCI Fairton
P.O. Box 420
Fairton NJ 08320

7004 0750 0001 7769 0458

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7004 0750 0001 7769 0458

Office of the Clerk
United States District Court
844 King St. Lockbox 18
Wilmington DE 19801-3570

