APRIL 8 2008

08-99 (GMS)

RE: Mailing address/status

S. Wright V Liquori, et al.

Dear Sir/Madam

   The address that i submitted for Wachovia Bank National Association in my civil action complaint is a p. o. Box address. I have been informed that the U.S.Marshall's Office do not deliver to P.O.Box addresses. Wachovia Bank NA, the principle place of business of which my claims arise, street address is:

   Wachovia Bank NA
   Legal Order Process
   Summons/Subpeonas
   2005 Market Street
   Philadelphia PA 19101

   Could you also enlighten me on the status of my complaint.

                                        Shawn Wright
                                        40987-050
                                        FCI-Fairton
                                        P.O.Box 420
                                        Fairton NJ 08320



FILED
APR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Shawn Wright
40987-050
FCI-Fairton
P O Box 420
Fairton NJ 08320

cja

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

