5/8/07

RE: 1:08-cv-99 GMS

Dear Sir/Madam,

My Civil Action Complaint was entered 2/21/2008

Could you please enlighten me on the status of my complaint?

I thank you in advance

Sincerely,

*[signature]*

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton, N.J. 19801

FILED
BN
MAY -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

SOUTH JERSEY NJ 080
08 MAY 2008 PM 6 T



Office of the Clerk
United States District Court
844 N. King Street, lockbox 18
Wilmington DE 19801-3570

19801357070

Legal Mail