OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 9, 2008

TO:

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

    **RE: STATUS OF CASE**
          **CA 08-99 GMS**

Dear Mr.Wright:

    This is in response to your letter received 5/9/08 requesting the status of your case.  Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                            Sincerely,

/rwc                                      PETER T. DALLEO
                                               CLERK

cc:  The Honorable Gregory M. Sleet