IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-099-GMS |
| | ) |
| JAMES E. LIGUORI, LIGUORI, MORRIS | ) |
| AND YIENGST, and WACHOVIA BANK | ) |
| NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of May, 2008, the plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A, the parties being diverse, and the court having identified what appear to be cognizable negligence claims against the defendants;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to the plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiff shall provide complete, original "U.S. Marshal-285" forms for **the defendants. The plaintiff has provided the court with copies of the complaint (D.I. 2) and amended complaint (D.I.8) for service upon the defendants. The plaintiff is notified that the United States Marshal will not serve the complaint and amended complaint until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for the defendants within 120 days from the date of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of complete USM-285 forms for the defendants, the United States

Marshal shall serve a copy of the complaint, amended complaint, and this order upon the defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

    4.    No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    5. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

    6. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                                  CHIEF, UNITED STATES DISTRICT JUDGE

FILED

MAY 1 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE