5/20/08

RE: 08-099-GMS

Dear Sir/Madam

    I am in receipt of the Court order dated May 16 2008 informing me that my complaint is satisfactory.
    It is ordered that i must provide the United States Marshal-285 forms for the defendants to be served my complaints.
    If the 285 forms have not already been sent to me, could you please have some forms sent. Or could you give me the address of the United States Marshal's Office.
    If the forms or the procedures to have the forms sent to me has already been taken care of, You may disregard this letter.

Sincerely



FILED
MAY 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Shawn Wright
46987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

Legal mail