OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 22, 2008

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

    *RE:  Request for USM 285 Forms*
        CA 08-99 GMS

Dear Mr. Wright:

    A letter has been received by the Clerk's office requesting a U.S. Marshal Forms 285.  One copy of each form is provided per your request .

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rwc                                         PETER T. DALLEO
                                              CLERK

cc: Honorable Gregory M. Sleet

enc. USM 285 Forms

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 22, 2008

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

    *RE: Request for USM 285 Forms*
        CA 08-99 GMS

Dear Mr. Wright:

    A letter has been received by the Clerk's office requesting a U.S. Marshal Forms 285.  One copy of each form is provided per your request .

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                          Sincerely,

/rwc                           PETER T. DALLEO
                              CLERK

cc: Honorable Gregory M. Sleet

enc. USM 285 Forms