5/28/08

RE: US Marshal's 285 Form

    08-99 GMS.

Dear Sir/Madam

    Enclosed are US Marshal's 285 Forms for civil action 08-99 GMS.  Wright v Liquori, et al.
    There's 3 forms, 1 for each defendant/party being served.

Sincerely



FILED
MAY 3 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Legal Mail

Office of the
United States District Court
844 King Street, Lockbox 18
Wilmington, DE 19801


