OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 2, 2008

TO:

Shawn Wright  
Reg. 40987-050  
FCI - Fairton  
P.O. Box 420  
Fairton, NJ 08320

    **RE: UNITED STATES MARSHAL 285 FORMS**  
    **CIV. NO.** 08-99 GMS

Dear Mr. Wright:

    Please be advised that this office has received all required United States Marshal 285 forms in the above referenced case.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                             Sincerely,

/rwc                                           PETER T. DALLEO  
                                                  CLERK

cc:  The Honorable Gregory M. Sleet  
     United States Marshal  
     Pro Se Law Clerk