7/17/2008

RE: 08-099 GMS

Dear Sir/Madam

Could you enlighten me on the status of my case?

June 2 2008 you informed me by letter that you were in receipt of my U.S Marshal's 285 forms.

Also, could you please send me an application for Pro-Bono Counsel?



Sincerely

[signature]




Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

SOUTH JERSEY NJ 080
18 JUL 2008 PM 4

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington DE 19801

Legal mail