IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN WRIGHT, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C. A. No. 08-099-GMS |
| : | |
| JAMES E. LIGUORI; LIGUORI, MORRIS & : | |
| YIENGST; and WACHOVIA BANK NATIONAL : | |
| ASSOCIATION, : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCES of Norman H. Brooks, Jr., Esquire, Theodore J. Segletes, Esquire and Kathleen C. Marshall, Esquire as counsel for Defendants James E. Liguori and Liguori, Morris & Yiengst. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants. Defendants specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects, which may be available and to answer, object, or otherwise plead.

      /s/ *Norman H. Brooks, Jr.*
Norman H. Brooks, Jr., Esquire (2568)
Theodore J. Segletes, III, Esquire (4456)
Kathleen C. Marshall, Esquire (4173)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
Attorneys for Defendants

{DE113542.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAWN WRIGHT, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  C. A. No. 08-099-GMS |
| | : |
| JAMES E. LIGUORI; LIGUORI, MORRIS & YIENGST; and WACHOVIA BANK NATIONAL ASSOCIATION, | : |
| | : |
| | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Norman H. Brooks, Jr.,** hereby certify that on __July 31, 2008,__ I electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF. I have also served, via first class mail, two copies of same to the *Pro Se* Plaintiff:

> Mr. Shawn Wright
> 40987-050
> FCI - Fairton
> P.O. Box 420
> Fairton, NJ  08320

> /s/ Norman H. Brooks, Jr.
> Norman H. Brooks, Jr., Esquire (2568)
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 913 North Market Street, #800
> Wilmington, DE 19801
> (302) 658-6538
> *Attorney for Defendant Liguori, Morris & Yiengst*