8 - 5 - 2008

Civil Action No. 08-099-GMS

RE: Request for Pro Bono Application

Dear Sir/Madam

    Copies of my complaint have been served on the defendants.

    I wish to submit an application for Pro-Bono counsel. Could you kindly send me an application form for Pro Bono counsel?

    I thank you in advance for your time and help.

FILED

AUG - 3 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely

Shawn Webb
40987-050
FCI-Fairton
P.O. Box 420



Shawn Corbett
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
United States District Court
844 N. King Street, Locker 18
Wilmington, Delaware 19801-3570

19801-3570 0012

Legal mail
8-5-08