OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 12, 2008

TO:

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

    **RE:  Request for Application for Counsel Form
          CA 09-99 GMS**

Dear Mr. Wright:

    This is in response to your letter received 8/8/08 requesting an application form for pro-bono counsel.  Please note that the Court has no such form to send to you.  Instead, your letter was docketed as a Motion for Appointment of Counsel.  Your motion is now pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                     Sincerely,

/rwc                                              PETER T. DALLEO
                                                    CLERK

cc:  The Honorable Gregory M. Sleet