RE: Civil Action 08-099-GMS

FILED
SEP -4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Sir/Madam

August 5 2008 i sent a letter asking for an application for pro bono counsel. The court considered that letter as a motion for pro bono counsel. Which i appreciated.

Today i received defendants Jim Liquori and Liquori, Morris + Yiengst opposition to that motion dated August 25 2008.

I wish to inform the court that i agree with defendants opposition that my motion is premature and i apologize.

The letter i sent dated Aug 5 2008 was a letter asking the court for a pro bono application. Because the court had no such application, my letter was entered as a motion.

Court order dated May 16 2008 clearly states that motions filed prior to service of complaints will be dismissed.

I assumed all parties were served after receiving copy of Notice of appearance for Jim Liquori and Liquori, Morris and Yiengst. dated July 31 2008

I would like to inform the court that i have not received "any" served

notices from the court or the U.S. marshal's office. Could you send me a copy of the receipt that Jim Liquori, and Liquori, Morris + Yiengst were served their complaints? Also, could you enlighten me on the status of complaint being served on Wachovia Bank NA?

There appears to be pages missing from defendants opposition. There appears to be a continuance from the last page, page 3.

Copy served on defendants counsel
Norman Brooks Jr Esquire
913 North Market St #800
Wilmington DE 19801

Dated: Aug 28 2008

Sincerely

Shawn Wright
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320



SOUTH JERSEY NJ 080
02 SEP 2008 PM 5 T

Shaun Wilson
40987-050
FCI-Fairton
P.O. Box 420
Fairton NJ 08320

Office of the Clerk
United States District Court
844 N. King St, Lockbox 18
Wilmington, DE 19801-3570

legal mail