OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 5, 2008

**Shawn Wright**
Reg. 40987-050
FCI - Fairton
P.O. Box 420
Fairton, NJ 08320

    **RE:  STATUS OF SERVICE**
          **CA 08-99 GMS**

Dear Mr. Wright:

    This is in response to your letter received dated 8/28/08 requesting the status of your case. A waiver of Service was received by the Court for Defendant Jim Liguori on 7/28/08 (enclosed). No other return of service documents have been received to date. You will be advised by the Court as to further developments in your case.

    Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **A copy of the docket sheet and waiver are enclosed, free of charge for this request only**. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/rwc                                    PETER T. DALLEO
                                         CLERK

cc: The Honorable Gregory M. Sleet
enc: Docket Sheet