**ELD-045**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-3034
_____

SHAWN WRIGHT,
Appellant

v.

JIM LIGUORI; LIGUORI MORRIS AND YIENGST;
WACHOVIA BANK NATIONAL ASSOCIATION
_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 1-08-cv-00099)
District Judge: Honorable Gregory M. Sleet
_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
September 15, 2011

Before: RENDELL, FUENTES and VANASKIE Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted for possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on September 15, 2011. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered July 11, 2011, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: September 23, 2011

**Certified as a true copy and issued in lieu of a formal mandate on** 10/17/11

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**